**Order issued June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01483-CR
No. 05-13-01484-CR
No. 05-13-01485-CR

**RICHARD SAMUEL MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# O R D E R

Before Justices Moseley, O'Neill, and FitzGerald

Based on the Court's opinion of this date, we **GRANT** the March 14, 2013 motion of Robert T. Baskett for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Robert T. Baskett as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Richard Samuel Morales, TDCJ No. 1882873, Bill Clements Unit, 9601 Spur 591, Amarillo, Texas, 79107-9606.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE